**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Milan MARTINIC, Defendant–**
**Appellant.**

No. 08–16150
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 27, 2009.

Craig L. Crawford, Federal Public Defender's Office, Orlando, FL, Donna Lee Elm, Tampa, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Milan Martinic in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinic's convictions and sentences are **AFFIRMED**.